# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**
CRIMINAL DIVISION
VENUE: SAN FRANCISCO

FILED
DEC 1 8 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

CR 07 0802 VRW

v.

CHARLES LEE REDDEN, JR.

DEFENDANT.

## INDICTMENT

18 U.S.C. §§ 751(a) and 4082(a) - Escape from Custody

A true bill.

_____
Foreman

Filed in open court this 18th day of
December, 2007

BRENDA TOLBERT
Clerk

Bail, $ No process

Maria Elena James

AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT  ☐ SUPERSEDING

--- OFFENSE CHARGED ---

18 U.S.C., Sections 751(a) and 4082(a) - Escape from Custody (Class D Felony)

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

PENALTY:
Maximum Prison Term of Five Years;
Maximum Fine $250,000;
Maximum Term of Supervised Release of Three Years;
Mandatory Special Assessment of $100.

--- PROCEEDING ---

Name of Complaintant Agency, or Person (&Title, if any)
U.S. Marshals

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM

**SCOTT N. SCHOOLS**
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)  ALBERT B. SAMBAT

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

FILED
DEC 18 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DEFENDANT - U.S.
▶ CHARLES LEE REDDEN

DISTRICT COURT NUMBER
CR 07 0802 VRW

--- DEFENDANT ---

IS *NOT* IN CUSTODY
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

NORTHERN DISTRICT OF CALIFORNIA

IS IN CUSTODY
4) ☐ On this charge
5) ☑ On another conviction
6) ☐ Awaiting trial on other charges  } ☑ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed

DATE OF ARREST  Month/Day/Year  11/16/2007

Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY  ▶  Month/Day/Year

☐ This report amends AO 257 previously submitted

--- ADDITIONAL INFORMATION OR COMMENTS ---

PROCESS:
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT  Bail Amount: No bail

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:
Before Judge:

Comments:

1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney
2
3  Attorney for Plaintiff

FILED

DEC 1 8 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

CR 07 0802 VRW

| UNITED STATES OF AMERICA, | ) | No. |
|---|---|---|
| Plaintiff, | ) | VIOLATION: 18 U.S.C. §§ 751(a) and 4082(a) – Escape from Custody |
| v. | ) | SAN FRANCISCO VENUE |
| CHARLES LEE REDDEN, JR., | ) | |
| Defendant. | ) | |

INDICTMENT

The Grand Jury charges:

On or about November 9, 2007, in the Northern District of California, the defendant

CHARLES LEE REDDEN, JR.,

did knowingly escape from the custody of the Attorney General at the Cornell Corrections Residential Re-entry Center, 111 Taylor Street, San Francisco, California, where he was confined

//
//
//
//

INDICTMENT

1  by virtue of a conviction of a felony offense against the United States; in violation of Title 18,
2  United States Code, Sections 751(a) and 4082(a).
3
4  DATED:                                                      A TRUE BILL.
5
6  12/18/07                                                    FOREPERSON
7  SCOTT N. SCHOOLS
   United States Attorney
8
9
10 GREGORY W. LOWDER
   Chief, Criminal Division
11
12
13 (Approved as to Form: _____)
                SAUSA SAMBAT
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

INDICTMENT                                    -2-