1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN STRETCH (CABN 163973)
3  Chief, Criminal Division

4  ALBERT B. SAMBAT (CABN 236472)
   Special Assistant United States Attorney
5
   450 Golden Gate Avenue
6  San Francisco, California 94102
   Telephone: (415) 436-7200
7  Facsimile: (415) 436-7234

8
   Attorneys for Plaintiff
9

10 UNITED STATES DISTRICT COURT

11 NORTHERN DISTRICT OF CALIFORNIA

12 SAN FRANCISCO DIVISION

13 UNITED STATES OF AMERICA,            )   Criminal No. CR 07-0802 VRW
                                        )
14       Plaintiff,                     )
                                        )
15                                      )   [PROPOSED] ORDER AND
      v.                                )   STIPULATION EXCLUDING TIME
16                                      )   FROM JANUARY 3, 2008 TO
   CHARLES LEE REDDEN, JR.,             )   JANUARY 17, 2008
17                                      )
         Defendant.                     )
18                                      )
                                        )
19

20
       The parties appeared before the Honorable Nandor J. Vadas on January 3, 2008.
21
   With the agreement of counsel for the government and the defendant, the Court found and held
22
   as follows:
23
       1. The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. §
24
   3161(b), from January 3, 2008 to January 17, 2008, in light of the need for the defendant and
25
   advisory counsel to review discovery and to explore the possibility of filing a Notice of Related
26
   Case in the matter. Failure to grant the requested continuance would unreasonably deny defense
27

28 **[PROPOSED] ORDER AND
   STIPULATION EXCLUDING TIME
   CR 07-0802 VRW**

counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence and the need for advisory counsel and the defendant to review the discovery.

2. Given these circumstances, the Court found that the ends of justice served by excluding the period from January 3, 2008 to January 17, 2008 outweigh the best interest of the public and the defendant in a speedy trial. Id. § 3161(h)(8)(A).

3. Accordingly, and with the consent of the defendant, the Court ordered that the period from January 3, 2008 to January 17, 2008 be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO STIPULATED.

DATED: 1-10-08

_____
CHARLES LEE REDDEN, JR.
Defendant

DATED: 1/3/08

_____
ALBERT B. SAMBAT
Special Assistant United States Attorney

IT IS SO ORDERED.

DATED:_____

_____
THE HON. NANDOR J. VADAS
United States Magistrate Judge

[PROPOSED] ORDER AND
STIPULATION EXCLUDING TIME
CR 07-0802 VRW                              2