UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

VAUGHN R. WALKER
United States District Chief Judge

Date:   January 18, 2008

Case No.   CR-07-802-VRW

Case Title:   USA v. CHARLES REDDEN

Attorneys:
    For the Government:   Albert Sambat

    For the Defendant(s):  Pro Se
        Advisory counsel - Joyce Leavitt

Deputy Clerk:   T. De Martini        Reporter:   Lydia Zinn
                                           Probation:

**PROCEEDINGS**

1)   Initial Appearance/Trial Setting/Status

2)

**ORDERED AT THE HEARING**

Defendant to file a Motion Relating this case to the criminal case he had before Judge Jensen which he will prepare over the weekend and mail on Tuesday.

Defendant's Motion to Exclude time granted.  Order to be prepared by the Government.

Mr. Redden waives his right to a speedy trial.

Case continued to 2/21/08 @ 2:00 P.M. for Further Status Conference/Motions.

Defendant Remanded to Custody

EXCLUDABLE DELAY : Begin:    1/18/08        End: 2/21/08

cc: Cora