JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN STRETCH (CABN 163973)
Chief, Criminal Division

ALBERT B. SAMBAT (CABN 236472)
Special Assistant United States Attorney

   450 Golden Gate Avenue
   San Francisco, California  94102
   Telephone: (415) 436-7200
   Facsimile: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. CR 07-0802 VRW |
|    Plaintiff, ) | |
| v. ) | [~~PROPOSED~~] ORDER AND STIPULATION EXCLUDING TIME FROM JANUARY 3, 2008 TO JANUARY 17, 2008 |
| CHARLES LEE REDDEN, JR., ) | |
|    Defendant. ) | |

     The parties appeared before the Honorable Nandor J. Vadas on January 3, 2008. With the agreement of counsel for the government and the defendant, the Court found and held as follows:

     1. The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(b), from January 3, 2008 to January 17, 2008, in light of the need for the defendant and advisory counsel to review discovery and to explore the possibility of filing a Notice of Related Case in the matter. Failure to grant the requested continuance would unreasonably deny defense

**[PROPOSED[ ORDER AND
STIPULATION EXCLUDING TIME
CR 07-0802 VRW**

counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence and the need for advisory counsel and the defendant to review the discovery.

2. Given these circumstances, the Court found that the ends of justice served by excluding the period from January 3, 2008 to January 17, 2008 outweigh the best interest of the public and the defendant in a speedy trial. Id. § 3161(h)(8)(A).

3. Accordingly, and with the consent of the defendant, the Court ordered that the period from January 3, 2008 to January 17, 2008 be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO STIPULATED.

DATED:    1/10/08                             /s/
                                              CHARLES LEE REDDEN, JR.
                                              Defendant


DATED:    1/3/08                              /s/
                                              ALBERT B. SAMBAT
                                              Special Assistant United States Attorney


IT IS SO ORDERED.

DATED: January 22, 2008
                                              THE HON. NANDOR J. VADAS
                                              United States Magistrate Judge

**[PROPOSED[ ORDER AND
STIPULATION EXCLUDING TIME
CR 07-0802 VRW**                 2