JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN STRETCH (CABN 163973)
Chief, Criminal Division

ALBERT B. SAMBAT (CABN 236472)
Special Assistant United States Attorney

   450 Golden Gate Avenue
   San Francisco, California 94102
   Telephone: (415) 436-7200
   Facsimile: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. CR 07-0802 VRW |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | **UNITED STATES' REPLY TO** |
| | ) | **DEFENDANT'S MOTION FOR** |
| CHARLES LEE REDDEN, JR., | ) | **DISCOVERY** |
| | ) | |
|     Defendant. | ) | |
| | ) | |

## I. Introduction

On January 22, 2008, counsel for the government received a copy by mail of the

defendant's motion for discovery asking the Court to issue an order requiring the government to

turn over all documents and discovery to the defendant and advisory counsel by a date set forth

by this Court. (See Exhibit A) The government opposes an order setting a discovery deadline at

the present time on the grounds that such an order is premature and unnecessary.

//

//

**UNITED STATES' REPLY TO DEFENDANT'S MOTION FOR DISCOVERY**
**CR 07-0802 VRW**

## II. Proposed Order at this Time Is Premature and Unnecessary

The government has turned over all discovery to the defendant in manner exceeding the requirements of the Federal Rules including Rule 16, the Jencks Act, and other applicable rules. As the defendant stated in his Motion, the government turned over documents of discovery labeled CLR-000001 through CLR-000343 on January 4, 2008. (Def. Motion at 1). In addition, on January 17, 2008, the government turned over supplemental document discovery labeled CLR-000344 through CLR-000370. (Exhibit B) Most recently, on January 23, 2008, the government just sent out document discovery labeled CLR-000371 through CLR-000410. (Exhibit C) The aforementioned document discovery consists of Bureau of Prison (BOP) records, records from the Cornell Corrections Residential Re-entry Center, the defendant's BOP records of mental examinations, witness interviews, records of interviews of the defendant, certified copies of public records, and other documents relevant to this case. The government has sought to turn over all document discovery to defendant as soon as it has received such documents in order to facilitate a resolution in this matter. The government will continue to turn over any new discovery that comes into its possession.

The government is prepared to set a discovery schedule at the next status appearance or trial setting hearing before this Court. However, an order setting a discovery deadline at this time is premature since a trial date has not been set and because there remains the possibility that this matter will be related back to another judge. Furthermore, an order at this time is unnecessary since the government has continued to turn over discovery early and quickly, exceeding the requirements of the Federal Rules.

//
//
//
//
//
//
//

**UNITED STATES' REPLY TO DEFENDANT'S MOTION FOR DISCOVERY**
**CR 07-0802 VRW**                    2

### III. Conclusion

Because the government has turned over discovery to defendant and continues to turn over new discovery; because a trial date has yet to be set, and; because of the possibility that this matter may be transferred to another judge, the government requests that the Court postpone the proposed order issuing a discovery deadline at this time.

JOSEPH P. RUSSONIELLO
United States Attorney

DATED: 1/23/08

ALBERT B. SAMBAT
Special Assistant United States Attorney

**UNITED STATES' REPLY TO DEFENDANT'S MOTION FOR DISCOVERY**
**CR 07-0802 VRW**                          3

JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

ALBERT B. SAMBAT (CABN 236472)
Special Assistant United States Attorney

    450 Golden Gate Avenue, 11th Floor
    San Francisco, California 94102
    Telephone: (415) 436-7200
    Facsimile: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No.: CR 07-0802 VRW |
| ) | |
| ) | **DECLARATION OF ALBERT B.** |
| Plaintiff, ) | **SAMBAT IN SUPPORT OF UNITED** |
| ) | **STATES' REPLY TO DEFENDANT'S** |
| v. ) | **MOTION** |
| ) | |
| CHARLES LEE REDDEN, JR., ) | |
| ) | |
| ) | |
| Defendant. ) | |
| ————————————————— ) | |

I, Albert B. Sambat, declare and state as follows:

        1.      I am a Special Assistant United States Attorney in the Northern District of

California. I have been serving a detail in this office since October 3, 2007. Immediately before

that, I served as a trial attorney in the Antitrust Division of the United States Department of

Justice since October of 2004.

        2.      I am the prosecuting attorney assigned to this matter. I am well-acquainted with

the facts of the case.

        3.      The defendant Charles Lee Redden, Jr., was charged in an indictment returned on

December 18, 2007. The indictment alleged 1 count of a violation of Title 18, United States

Code Section 751(a) & 4082(a), escape from custody. The maximum penalties are 5 years

DECLARATION OF ALBERT B. SAMBAT
CR 07-0802 VRW

1    imprisonment, a $250,000 fine, 3 years of supervised release, and a $100 special assessment.

2        4.   On January 4, 2007, I provided the defendant with discovery bate-stamped CLR-000001

3    through CLR-000343.

4        5.   On January 17, 2008, I provided the defendant with supplemental discovery bate-stamped

5    CLR-000344 through CLR-000370.

6        6.   On January 23, 2008, I provided the defendant with additional supplemental discovery

7    bate-stamped CLR-000371 through CLR-000410.

8        7.   I declare that the aforementioned document discovery consists of Bureau of Prison (BOP)

9    records, records from the Cornell Corrections Residential Re-entry Center, the defendant's BOP

10   records of mental examinations, witness interviews, records of interviews of the defendant,

11   certified copies of public records, and other documents relevant to this case.

12       8.   I declare the government will continue to turn over any new discovery that comes into its

13   possession.

14       I declare under penalty of perjury that the foregoing is true and correct to the best of my

15   knowledge and belief.

16   Executed this 23rd day of January, 2008, at San Francisco, California.

17

18

19                                             ALBERT B. SAMBAT
                                               Special Assistant United States Attorney

20

21

22

23

24

25

26

27

28

DECLARATION OF ALBERT B. SAMBAT
CR 07-0802 VRW                              -2-

# EXHIBIT A

1  CHARLES LEE REDDEN Jr.
2  PFN: WHN-513
   5325 BRODER BLVD.
3  Dublin, CALIF. 94565

4     Defendant Pro Se

5

6

7

8     UNITED STATES DISTRICT COURT
9     NORTHERN DISTRICT OF CALIFORNIA
10       SAN FRANCISCO DIVISION
11
12  UNITED STATES OF AMERICA,   | CR 07-0802 VRW
13                              | MOTION FOR
                                | DISCOVERY;
14         V.                   | DECLARATION OF
                                | COUNSEY; AND
15                              | PROPOSED ORDER.
16
17  CHARLES LEE REDDEN Jr.      |
18       DEFENDANT.             |
19
20          Comes Now the defendant in
21  the above entitled matter, and asks
22  this Honorable court to order the
23  following motion for discovery.
24          ON January 4, 2008 the
25  attorney for the government
26  turned over documents of discovery
27  labled CLR-000001 through CLR-
28  000343, but stated in a letter that

\

1 he anticipated additional discovery.
2       The defendant Pro Se asks
3 this court that it order the
4 attorney for the government to
5 turn over all materials in his
6 possession to the defendant for
7 inspection under Rule 16 of the
8 Federal Rules of Criminal Procedure
9 the Jenks Act, and any other
10 applicable federal statues, or rules.
11       Furthermore, the defendant
12 will comply with reciprocal
13 discovery under Rules 16(b) and (c)
14 of the Federal Rules of Criminal
15 Procedure; Rules 702, 703, and
16 705 of the Federal Rules of
17 Evidence, and will give notice
18 pursuant to Rule 12.1 of the
19 Federal Rules of Criminal
20 procedure, and Rule 26.2
21       The defendant asks this
22 court to order that discovery
23 be turned over to him in a timely
24 manner, so that he may discuss
25 with Advisory Counsel all of the
26
27
28

1   possible avenues of defense.

2

3   Date: 1-17-08              Respectfully Submitted

4                              Charles Lee Redden Jr.

5                              Charles Lee Redden Jr.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2                      **CERTIFICATE OF SERVICE**

3

4          The undersigned hereby certifies under penalty of perjury that a true copy of the foregoing

5          **MOTION FOR DISCOVERY; DECLARATION OF COUNSEL;**

6          **AND PROPOSED ORDER**

7          **U.S. v. Charles Lee Redden, Jr.**
           **CR 07-0802 VRW**

8

9      was delivered by U.S. Mail to:

10     **By U.S. Mail**
       **SCOTT N. SCHOOLS**
11     United States Attorney
       **ALBERT SANBAT**
12     Assistant United States Attorney
       450 Golden Gate Ave., Box 36055
13     San Francisco, CA  94102

14

15     Dated: January 18, 2007

16

17                                      *Marilee Barbeau*

18                              MARILEE BARBEAU
                               Legal Secretary to JOYCE LEAVITT
19                             Assistant Federal Public Defender
                               (Advisory Counsel for Charles Redden)
20

21

22

23

24

25

26

1  CHARLES LEE REDDEN Jr.
2  PFN: UHN-513
   5325 Broden Blvd.
3  Dublin, Calif. 94565

4  Defendant Pro Se.

5

6

7

8      UNITED STATES DISTRICT COURT
9    NORTHERN DISTRICT OF CALIFORNIA
10      SAN FRANCISCO VENUE

11

12 UNITED STATES OF AMERICA,  | CR07-0802VRW
13                              | [PROPOSED]
14                              | ORDER
15        V.                    |
16                              |
17 CHARLES LEE REDDEN Jr.       |
18      DEFENDANT.

19

20      IT IS SO ORDERED.
21        The attorney for the Goverment
22 shall in a timely manner, by the date
23 set forth by this court turn over all
24 documents of discovery to the defend-
25 ant, and Advisory counsel, as
26 outlined by Rule 16 of the Federal
27 Rules of Criminal Procedure, the
28 Jenks Act, and all other Federal

1 statues, and rules.
2         IT IS FURTHER ORDERED,
3 that the defendant pursuant to
4 Rules 16(b) and (c) of the Federal
5 Rules of Criminal Procedure provide
6 reciprocal discovery required by
7 Rule 16(b) including the following:
8         1. INSPECTION and/or copies
9 of all books, papers, documents,
10 photographs, tangible objects, or
11 or portions thereof in possession,
12 custody, or control of the defendant,
13 and which the defendant intends to
14 introduce as evidence in chief at trial.
15         2. INSPECTION and/or copies
16 of any results or reports of physical
17 or mental examinations and of
18 scientific tests or experiments made
19 in connection with this case within
20 the possession or control of the
21 defendant which the defendant
22 intends to introduce as evidence in
23 chief at trial or which have been
24 prepared by a witness whom the
25 defendant intends to call at trial
26 trial when the results or reports
27 relate to that witnesses testimony.
28         3. A written summary of

1  testimony the defendant intends to
2  use under Rules 702, 703, and 705
3  of the Federal Rules of Evidence
4  as evidence at trial. The summary
5  must describe the opinions of the
6  witnesses, the bases and reasons
7  therfor, and the witnesses
8  qualifications.
9       In addition it is also ordered,
10  pursuant to Rule 12.1 of the
11  of the Federal Rules of Criminal
12  Procedure that the defendant
13  give notice to the government of
14  any alibi that he may offer regard-
15  ing the commission of the offense
16  charged in the complaint, and
17  indictment.  Finally pursuant to
18  Rule 26.2 of the Federal Rules of
19  Criminal Procedure I order that
20  the defendant produce statements
21  of witnesses whom the defendant
22  intends to call at trial.
23       IT IS SO ORDERED.
24
25  DATE : _____      _____
26                      V. R. WALKER
27                      U.S. DISTRICT JUDGE
28

1 | CHARLES LEE REDDEN Jr.
2 | UHN-513
  | 5325 Broder Blvd.
3 | Dublin, Calif. 94565
4 | Defendant Pro Se
5 |
6 |
7 |
8 | UNITED STATES DISTRICT COURT
9 | NORTHERN DISTRICT OF CALIFORNIA
10 | SAN FRANCISCO VENUE
11 |
12 | UNITED STATES OF AMERICA, ) CR07-0802VRW
13 | )
14 | ) DECLARATION OF
  | ) COUNSEL
15 | V )
16 | )
17 | CHARLES LEE REDDEN Jr. )
18 | DEFENDANT )
19 |
20 | I, Charles LEE Redden Jr.
21 | declare as follows;
22 | 1.) I am the defendant
23 | proceeding Pro Se in the above
24 | entitled matter, with Advisory
25 | counsel Joyce Leavitt from the
26 | Federal Public Defenders office, and
27 | declare under the penalty of perjury
28 | that all of the forgoing information

is true, and correct to the best of
my KNOWLEDGE.

DATE: 1-17-08                    Charles Lee Redden

# EXHIBIT B

U.S. Department of Justice

*United States Attorney*
*Northern District of California*

---

*11th Floor, Federal Building*                          *(415) 436-7200*
*450 Golden Gate Avenue, Box 36055*
*San Francisco, California 94102-3495*                   *FAX (415) 436-7234*

January 17, 2008

Mr. Charles Lee Redden, Jr.
PFN: UHN513
5325 Broder Boulevard
Dublin, CA 94565

Re:  United States v. Charles Lee Redden, Jr., CR 07-0802 VRW

Dear Charles:

Attached, please find supplemental discovery documents bates stamped CLR–000344 through CLR–000370.

Providing this discovery is not a concession or acknowledgment by the government that any or all of the foregoing discovery is required under Rule 16, the Jencks Act, or other federal statutes or rules. We explicitly reject any suggestion that the criminal local rules serve as valid authority for any substantive discovery obligations beyond that required under the applicable federal statutes and rules (e.g., Rule 16 and Jencks).

Very truly yours,

JOSEPH P. RUSSONIELLO
United States Attorney

Albert B. Sambat
Special Assistant United States Attorney

Enclosures

cc: Joyce Leavitt, Assistant Public Defender–Advisory Counsel

EXHIBIT C

U.S. Department of Justice

*United States Attorney*
*Northern District of California*

---

| | |
|---|---|
| *11th Floor, Federal Building* | *(415) 436-7200* |
| *450 Golden Gate Avenue, Box 36055* | |
| *San Francisco, California 94102-3495* | *FAX:(415) 436-7234* |

January 23, 2008

Mr. Charles Lee Redden, Jr.
PFN: UHN513
5325 Broder Boulevard
Dublin, CA 94565

Re: <u>United States v. Charles Lee Redden, Jr.</u>, CR 07-0802 VRW

Dear Charles:

Attached, please find supplemental discovery documents bates stamped CLR–000371 through CLR-000410.

Providing this discovery is not a concession or acknowledgment by the government that any or all of the foregoing discovery is required under Rule 16, the Jencks Act, or other federal statutes or rules. We explicitly reject any suggestion that the criminal local rules serve as valid authority for any substantive discovery obligations beyond that required under the applicable federal statutes and rules (e.g., Rule 16 and Jencks). However, I will continue to turn over supplemental discovery as soon as I receive them in order to facilitate a resolution in this matter.

Very truly yours,

JOSEPH P. RUSSONIELLO
United States Attorney

Albert B. Sambat
Special Assistant United States Attorney

Enclosures

cc: Joyce Leavitt, Assistant Public Defender–Advisory Counsel