1  CHARLES LEE REDDEN Jr.
2  PFN: UHN-513
   5325 BRODER BLVD.
3  DUBLIN, CALIF. 94565

4  Defendant Pro Se

FILED
08 JAN 22 PM 1:48
[CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA]

8  UNITED STATES DISTRICT COURT
9  NORTHERN DISTRICT OF CALIFORNIA
10  SAN FRANCISCO DIVISION

12  UNITED STATES OF AMERICA,  | CR 07-0802 VRW
13                              | MOTION FOR
14         V.                   | DISCOVERY;
                                | DECLARATION OF
15                              | COUNSEL; and
                                | PROPOSED ORDER.
17  CHARLES LEE REDDEN Jr.
18         DEFENDANT.

20         Comes now the defendant in
21  the above entitled matter, and asks
22  this Honorable court to order the
23  following motion for discovery.
24         On January 4, 2008 the
25  attorney for the government
26  turned over documents of discovery
27  labled CLR-000001 through CLR-
28  000343, but stated in a letter that

1

1  he anticipated additional discovery.
2      The defendant Pro Se asks
3  this court that it order the
4  attorney for the Government to
5  turn over all materials in his
6  possession to the defendant for
7  inspection under Rule 16 of the
8  Federal Rules of Criminal Procedure
9  the Jenks Act, and any other
10 applicable federal statues, or rules.
11     Furthermore, the defendant
12 will comply with reciprocal
13 discovery under Rules 16(b) and (c)
14 of the Federal Rules of Criminal
15 Procedure, Rules 702, 703, and
16 705 of the Federal Rules of
17 Evidence, and will give notice
18 pursuant to Rule 12.1 of the
19 Federal Rules of Criminal
20 procedure, and Rule 26.2
21     The defenant asks this
22 court to order that discovery
23 be turned over to him in a timely
24 manner, so that he may discuss
25 with Advisory Counsel all of the
26
27
28

1 | possible avenues of defense.
2 |
3 | Date: 1-17-08      Respectfully Submitted
4 |                    *Charles Lee Redden Jr.*
5 |                    Charles Lee Redden Jr.

possible avenues of defense.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies under penalty of perjury that a true copy of the foregoing **MOTION FOR DISCOVERY; DECLARATION OF COUNSEL; AND PROPOSED ORDER**

<u>U.S. v. Charles Lee Redden, Jr.</u>
**CR 07-0802 VRW**

was delivered by U.S. Mail to:

**By U.S. Mail**
**SCOTT N. SCHOOLS**
United States Attorney
**ALBERT SANBAT**
Assistant United States Attorney
450 Golden Gate Ave., Box 36055
San Francisco, CA 94102

Dated: January 18, 2007

*Marilee Barbeau*
MARILEE BARBEAU
Legal Secretary to JOYCE LEAVITT
Assistant Federal Public Defender
(Advisory Counsel for Charles Redden)