```
 1  CHARLES LEE REDDEN Jr.                    FILED
 2  UHN-513
    5325 Broder Blvd.                         08 JAN 22 PM 1:49
 3  Dublin, Calif. 94568
                                              RICHARD W. WIEKING
 4    Defendant Pro Se                        CLERK, U.S. DISTRICT COURT
                                              NORTHERN DISTRICT OF CALIFORNIA
 5
 6
 7
 8              UNITED STATES DISTRICT COURT
 9            NORTHERN DISTRICT OF CALIFORNIA
10                 SAN FRANCISCO VENUE
11
12  UNITED STATES OF AMERICA,  |  CR07-0802VRW
13                             |
                               |  DECLARATION OF
14                             |  COUNSEL
15        V                    |
16                             |
17  CHARLES LEE REDDEN Jr.     |
18        DEFENDANT            |
19
20        I, Charles LEE Redden Jr.
21  declare as follows:
22        1.) I am the defendant
23  proceeding Pro Se in the above
24  entitled matter, with Advisory
25  counsel Joyce Leavitt from the
26  Federal Public Defenders Office, and
27  declare under the penalty of perjury
28  that all of the forgoing information
```

1 | is true, and correct to the best of
2 | my knowledge.
3 |
4 | DATE: 1-17-08          *Charles Lee Redden Jr*