1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CSBN 163973)
3  Chief, Criminal Division

4  ALBERT B. SAMBAT (CABN 236472)
   Special Assistant United States Attorney
5
       450 Golden Gate Avenue, 11th Floor
6      San Francisco, California 94102
       Telephone: (415) 436-7200
7      Facsimile: (415) 436-7234

8  Attorneys for Plaintiff

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                        SAN FRANCISCO DIVISION

12
   UNITED STATES OF AMERICA,        )   Criminal No.  CR 00-40103 DLJ
13                                  )                 CR 07-0802 VRW
                                    )
14         Plaintiff,                )   **DECLARATION OF ALBERT B.
                                    )   SAMBAT IN SUPPORT OF UNITED
15     v.                            )   STATES' REPLY TO DEFENDANT'S
                                    )   NOTICE OF RELATED CASE**
16  CHARLES LEE REDDEN, JR.,        )
                                    )
17                                  )
           Defendant.                )
18  _____  )

19         I, Albert B. Sambat, declare and state as follows:

20         1.     I am a Special Assistant United States Attorney in the Northern District of

21  California. I have been serving a detail in this office since October 3, 2007. Immediately before

22  that, I served as a trial attorney in the Antitrust Division of the United States Department of

23  Justice since October of 2004.

24         2.     I am the prosecuting attorney assigned to this matter. I am well-acquainted with

25  the facts of the case.

26         3.     The defendant Charles Lee Redden, Jr., was charged in an indictment returned on

27  December 18, 2007. The indictment alleged 1 count of a violation of Title 18, United States

28  Code Section 751(a) & 4082(a), escape from custody.

DECLARATION OF ALBERT B. SAMBAT
CR 07-0802 VRW

4. On January 2, 2008, the defendant was arraigned on the indictment before the Honorable Magistrate Judge Nandor J. Vadas.

5. On January 3, 2008, a *Faretta* hearing was held in Magistrate Court, whereby Magistrate Judge Nandor J. Vadas explained to the defendant the charges against him, the maximum penalties, and the potential dangers the defendant would face if he represented himself. The defendant proceeded with the waiver of counsel and the Magistrate Court later found that the defendant's waiver was done knowingly, intelligently, and unequivocally.

6. The parties stipulated to an exclusion of time under the Speedy Trial Act from January 3, 2008 through January 17, 2008, and from January 18, 2008 through February 21, 2008, to allow the defendant time for effective preparation and time for the defendant to file a Notice of Related Case in the matter.

7. I declare that I am the lead attorney in this matter and that Deputy U.S. Marshal David Everson is the lead case agent. Both of us have offices based out of the San Francisco Federal Building on 450 Golden Gate Avenue, San Francisco, CA.

8. I declare that should this matter proceed to trial, the government anticipates calling current employees of the Cornell Corrections Center as well as officers of the San Francisco Police Department to testify, all of whom have base offices in San Francisco, CA.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 30th day of January, 2008, at San Francisco, California.

_____
ALBERT B. SAMBAT
Special Assistant United States Attorney

DECLARATION OF ALBERT B. SAMBAT
CR 07-0802 VRW                                   -2-