# ATTACHMENT

1  CHARLES REDDEN
2  PFN: WHN-513
   5325 Broder Blvd.
3  Dublin, CA. 94568
4      Defendant Pro Se
5
6
7       UNITED STATES DISTRICT COURT
8       NORTHERN DISTRICT OF CALIFORNIA
9
10
11 UNITED STATES OF AMERICA,    CR 00-40103 DLJ
12            Plaintiff,        CR 07-0802 VRW
13
                                NOTICE OF related
14                              case in a criminal
                                offense; declaration
15      V.                      OF counsel; and
                                Certificate of service
16
17 CHARLES LEE REDDEN Jr.,
18        defendant
19
20       Comes Now the defendant
21 Pro Se with a Notice of a related
22 case in a criminal action, and asks
23 that the Honorable D. Lowell Jensen
24 agree to hear the recent case.
25       The earlier case that the
26 defendant feels is related is criminal

1  Number 00-40103 DLJ. The
2  defendant was charged with a
3  Biological Weapons Threat, was
4  found guilty by a Jury, and sentenced
5  to 60 months in prison. These
6  proceedings were judicated by
7  the Honorable D. Lowell Jensen. In
8  2007 the above named judge agreed
9  to a modification of supervised
10 release to allow the defendant
11 to spend an extra six months, or
12 until he aquired an approved
13 residence at the Residential Reentry
14 center at Cornell Companies. Finally
15 the Honorable D. Lowell Jensen
16 signed a Writ giving the United
17 States Marshals authority to
18 escort the defendant from his
19 place of confinement to the
20 Residential Reentry Center at
21 Cornell Companies.
22         The recent case is criminal
23 Number 07-0802 VRW. In this
24 case the defendant is charged
25 with escape from custody. The
26 defendant went on an approved

1 furlough, on November 9, 2007, and
2 never returned. He was rearrested
3 on Nov. 16, 2007.
4     In the interest of justice,
5 and being in compliance with
6 Criminal Local Rule 8.1 the
7 defendant feels that this case
8 would be better judicated by the
9 Honorable D. Lowell Jensen, as
10 he is familiar with the defendant,
11 and all aspects of the previous case.
12
13 DATE 1-21-08   Respectfully Submitted
14
15 *Charles Lee Redden Jr.*
    Charles Lee Redden Jr.

CHARLES Redden
PFN: WHN-513
5325 Broder Blvd.
Dublin, CA. 94568

Defendant Pro Se

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | CR 00-40103 DLJ <br> CR 07-0802 VRW <br><br> Declaration of Counsel. |
| V. | |
| CHARLES LEE REDDEN Jr., Defendant. | |

I, Charles Redden declare as follows:

1.) I am the defendant proceeding Pro Se in the above entitled matter, with Advisory counsel Joyce Leavitt, from the

1. Federal Public Defenders Office.
2.     I declare under the penalty
3. of perjury that the foregoing
4. information is true, and correct to
5. the best of my knowledge.
6.
7. DATE: 1-21-07   Respectfully Submitted
8.                         Charles Lee Redden Jr.

1. CERTIFICATE OF SERVICE
2. UNITED States V. Charles Redden
3. CR 00-40103 DLJ
4. CR 07-0802 VRW
5. The undersigned hereby certifies
6. that he is the defendant Pro Se. The
7. undersigned certifies that he caused
8. a copy of:
9. Notice of related case in a
10. Criminal Offense
11. AND
12. Declaration of counsel
13. in the above referanced case, to be
14. served on the parties in this action
15. by placing the true copy in a sealed
16. envelope, and placing it in the U.S.
17. mail to the parties addressed as
18. follows:
19. Honorable D. Lowell Jensen
20. c/o Clerk of the court
    1301 Clay st.
21. Oakland, CA. 94607
22.
23. Albert Sambat,
24. Assistant United States Attorney
    1301 Clay st. Federal Building
25. 450 Golden Gate Ave. Box 36055
26. San Francisco, CA. 94102-3495

```
 1 | Joyce Leavitt   Advisory Counsel
 2 | Assistant Federal Public Defender
 3 | 555 12th St. Suite 650
   | Oakland, CA. 94607
 4 |
 5 |     I declare under the penalty
 6 | of Purjury the foregoing is true, and
 7 | correct.
 8 |
 9 | DATE: 1-21-08            Charles Lee Redden Jr
10 |                          Charles Lee Redden Jr.
```

CERTIFICATE OF SERVICE

United States v. Charles Lee Redden, Jr.

CR 00-40103 DLJ
CR 07-0802 VRW

The undersigned hereby certifies that he is an employee of the Office of the United States Attorney, Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned certifies that he caused a copy of:

UNITED STATES' REPLY TO THE DEFENDANT'S NOTICE OF RELATED CASE

AND

DECLARATION OF ALBERT B. SAMBAT IN SUPPORT OF UNITED STATES' REPLY TO DEFENDANT'S NOTICE OF RELATED CASE

in the above-referenced case, to be served on the party in this action by placing the true copy thereof in a sealed envelope, and served by certified mail with return receipt to the parties addressed as follows:

Charles Lee Redden, Jr.
PFN: UHN513
5325 Broder Boulevard
Dublin, CA   94565

AND

Joyce Leavitt
Assistant Federal Public Defender
Advisory Counsel
555 12th St. Suite 650
Oakland, CA   94607

I declare under penalty of perjury that the foregoing is true and correct.

January 30, 2008

*M. Elizabeth Garcia*
M. Elizabeth Garcia
Legal Assistant U.S. Attorney's Office