JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN STRETCH (CABN 163973)
Chief, Criminal Division

ALBERT B. SAMBAT (CABN 236472)
Special Assistant United States Attorney

    450 Golden Gate Avenue
    San Francisco, California  94102
    Telephone: (415) 436-7200
    Facsimile: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>CHARLES LEE REDDEN, JR.,<br><br>    Defendant. | Criminal No. CR 07-0802 VRW<br><br>**[PROPOSED] ORDER AND STIPULATION EXCLUDING TIME FROM JANUARY 18, 2008 TO FEBRUARY 21, 2008** |

    The parties appeared before the Honorable Vaughn R. Walker on January 18, 2008. With the agreement of counsel for the government and the defendant, the Court found and held as follows:

    1. The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(b), from January 18, 2008 to February 21, 2008, in light of the need for the defendant and advisory counsel to review discovery and to file a Notice of Related Case in the matter. Failure to grant the requested continuance would unreasonably deny the defense reasonable time

**[PROPOSED[ ORDER AND
STIPULATION EXCLUDING TIME
CR 07-0802 VRW**

necessary for effective preparation, taking into account the exercise of due diligence and the need for the defendant to file his notice, review the discovery, and for the government to file a reply to the defendant's notice.

2. Given these circumstances, the Court found that the ends of justice served by excluding the period from January 18, 2008 to February 21, 2008 outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

3. Accordingly, and with the consent of the defendant, the Court ordered that the period from January 18, 2008 to February 21, 2008 be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO STIPULATED.

DATED: January 28, 2008

/s/
CHARLES LEE REDDEN, JR.
Defendant

DATED: January 18, 2008

/s/
ALBERT B. SAMBAT
Special Assistant United States Attorney

IT IS SO ORDERED.

DATED:_____

THE HON. VAUGHN R. WALKER
United States District Judge

**[PROPOSED[ ORDER AND STIPULATION EXCLUDING TIME
CR 07-0802 VRW**                    2