UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

VAUGHN R WALKER
United States District Chief Judge

Date:  February 21, 2008

Case No.  CR 07-0802 VRW

Case Title:  USA v. CHARLES REDDEN (CUSTODY) PRESENT

Attorneys:
    For the Government:  Albert Sambat

    For the Defendant(s):  Elizabeth Falk for Joyce Leavitt as advisory counsel

Deputy Clerk:  Cora Klein      Reporter:  Sahar McVickar
Interpreter:

## PROCEEDINGS

1)  Status held

2)  The defendant agree to exclude time for effective preparation of counsel under the speedy trial act, govt to prepare the order for exclusion of time.

Case Continued to:  3/20/2008 at 2:00 PM  For Change of Plea

## ORDERED AT THE HEARING

EXCLUDABLE DELAY :  effective preparation of counsel
Begin: 2/21/08      End: 3/20/08