1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN STRETCH (CABN 163973)
3  Chief, Criminal Division

4  ALBERT B. SAMBAT (CABN 236472)
   Special Assistant United States Attorney
5
       450 Golden Gate Avenue
6      San Francisco, California  94102
       Telephone: (415) 436-7200
7      Facsimile: (415) 436-7234

8
   Attorneys for Plaintiff
9

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                         SAN FRANCISCO DIVISION

13 UNITED STATES OF AMERICA,        )   Criminal No. CR 07-0802 VRW
                                    )
14         Plaintiff,                )
                                    )
15                                   )   **[PROPOSED] ORDER AND**
       v.                            )   **STIPULATION EXCLUDING TIME**
16                                   )   **FROM FEBRUARY 21, 2008 TO**
   CHARLES LEE REDDEN, JR.,          )   **MARCH 20, 2008**
17                                   )
           Defendant.                )
18                                   )
   _____   )
19

20
       The parties appeared before the Honorable Vaughn R. Walker on February 21, 2008.
21
   With the agreement of counsel for the government and the defendant, the Court found and held
22
   as follows:
23
       1.  The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. §
24
   3161(b), from February 21, 2008 to March 20, 2008, to allow for the defendant and advisory
25
   counsel reasonable time necessary for effective preparation, taking into account the exercise of
26
   due diligence and to allow the Court time to consider the proposed plea agreement to be entered
27

28 **[PROPOSED[ ORDER AND
   STIPULATION EXCLUDING TIME
   CR 07-0802 VRW**

into by the defendant and the government.

    2. Given these circumstances, the Court found that the ends of justice served by excluding the period from February 21, 2008 to March 20, 2008 outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

    3. Accordingly, and with the consent of the defendant, the Court ordered that the period from February 21, 2008 to March 20, 2008 be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(1)(I), 18 U.S.C. § 3161(h)(8)(A), and 18 U.S.C. § 3161(h)(B)(iv).

    IT IS SO STIPULATED.

DATED: 03-03-08                           /s/
                                         CHARLES LEE REDDEN, JR.
                                         Defendant

DATED: 02-21-08                          /s/
                                         ALBERT B. SAMBAT
                                         Special Assistant United States Attorney

    IT IS SO ORDERED.

DATED:_____                         _____
                                         THE HON. VAUGHN R. WALKER
                                         United States District Judge