1    JOSEPH P. RUSSONIELLO (CABN 44332)
     United States Attorney

2
     BRIAN STRETCH (CABN 163973)
3    Chief, Criminal Division

4    ALBERT B. SAMBAT (CABN 236472)
     Special Assistant United States Attorney

5
        450 Golden Gate Avenue
6       San Francisco, California  94102
        Telephone: (415) 436-7200
7       Facsimile: (415) 436-7234

8
     Attorneys for Plaintiff
9

10                        UNITED STATES DISTRICT COURT

11                     NORTHERN DISTRICT OF CALIFORNIA

12                          SAN FRANCISCO DIVISION

13   UNITED STATES OF AMERICA,          )      Criminal No. CR 07-0802 VRW
                                        )
14        Plaintiff,                    )
                                        )
15                                      )     [PROPOSED] ORDER AND
          v.                            )     STIPULATION EXCLUDING TIME
16                                      )     FROM FEBRUARY 21, 2008 TO
     CHARLES LEE REDDEN, JR.,           )     MARCH 20, 2008
17                                      )
          Defendant.                    )
18                                      )
                                        )
19   _____)

20
          The parties appeared before the Honorable Vaughn R. Walker on February 21, 2008.
21
     With the agreement of counsel for the government and the defendant, the Court found and held
22
     as follows:
23
          1.  The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. §
24
     3161(b), from February 21, 2008 to March 20, 2008, to allow for the defendant and advisory
25
     counsel reasonable time necessary for effective preparation, taking into account the exercise of
26
     due diligence and to allow the Court time to consider the proposed plea agreement to be entered
27

28
     [PROPOSED[ ORDER AND
     STIPULATION EXCLUDING TIME
     CR 07-0802 VRW

1   into by the defendant and the government.

2       2.  Given these circumstances, the Court found that the ends of justice served by

3   excluding the period from February 21, 2008 to March 20, 2008 outweigh the best interest of the

4   public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).

5       3.  Accordingly, and with the consent of the defendant, the Court ordered that the period

6   from February 21, 2008 to March 20, 2008 be excluded from Speedy Trial Act calculations

7   under 18 U.S.C. § 3161(h)(1)(I), 18 U.S.C. § 3161(h)(8)(A), and 18 U.S.C. § 3161(h)(B)(iv).

8

9       IT IS SO STIPULATED.

10  DATED: 03-03-08                              /s/
                                            CHARLES LEE REDDEN, JR.
11                                          Defendant

12

13  DATED: 02-21-08                              /s/
                                            ALBERT B. SAMBAT
14                                          Special Assistant United States Attorney

15

16      IT IS SO ORDERED.

17
    DATED:    March 17, 2008

18  

19

20

21

22

23

24

25

26

27

28

**[PROPOSED[ ORDER AND
STIPULATION EXCLUDING TIME
CR 07-0802 VRW**                       2