CHARLES REDDEN
PFN: WHN513
5325 Broder Blvd.
Dublin, Ca. 94568

FILED
MAR 20 PM 3:21
[clerk stamp]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES,
   Plaintiff,

v.

CHARLES LEE REDDEN Jr.,
   defendant.

CR 07-0802 VRW

MOTION TO Allot
FUNDS; DECLARA-
TION OF COUNSEL

   Now comes the defendant Charles Redden proceeding Pro se before this Honorable Court, and asks that this court allot CJA funds for a psychological evaluation to assist the defendant with sentencing as set forth in the attached declaration.

DATED: 3-20-2008

Respectfully submitted
Charles Redden
Charles Redden

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies under penalty of perjury that the following true copy:

- **MOTION TO ALLOT FUNDS; DECLARATION OF COUNSEL**
- **DECLARATION OF COUNSEL**

in the case of <u>United States of America v. Charles Lee Redden Jr.</u>, No. CR 07-0802 VRW, was served as follows:

Albert B. Sambat
Special Assistant United States Attorney
United States Attorney's Office
450 Golden Gate Avenue
San Francisco, CA 94102

Dated: March 20, 2008

_____Carmen Estrada_____
CARMEN ESTRADA
Legal Secretary
on behalf of JOYCE LEAVITT
Assistant Federal Public Defender
Advisory Counsel for Charles Redden