CHARLES REDDEN
PFN: UHN513
5325 Broder Blvd.
1 | Dublin, Ca. 94568
2
3
4 | UNITED STATES DISTRICT COURT
5 | NORTHERN DISTRICT OF CALIFORNIA
6
7
8 | UNITED STATES,                )  CR.07-0802 VRW
9 |       Plaintiff,              )
10|                                )  DECLARATION OF
11|    v.                          )  COUNSEL
12|                                )
13| CHARLES LEE REDDEN Jr.,        )
14|       defendant.               )
15
16|     I Charles Redden declare
17| as follows;
18|     1. I am the defendant in
19| the above entitled action;
20|     2. I am proceeding Pro Se
21| with advisory counsel Joyce
22| Leavitt from the Federal Public
23| Defenders office;
24|     3. I am requesting this
25| court to allot CJA funds for a
26| psychological evaluation to
27| assist me with sentencing
28| mitigation;

1  4. This evaluation is essential
2  for sentencing;
3      I declare under the penalty
4  of perjury under the laws of the
5  United States that the forego-
6  ing information is true, and
7  correct to the best of my
8  knowledge.
9  Dated: 3-20-2008

*Charles Lee Rodder Jr.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies under penalty of perjury that the following true copy:

- **MOTION TO ALLOT FUNDS; DECLARATION OF COUNSEL**
- **DECLARATION OF COUNSEL**

in the case of <u>United States of America v. Charles Lee Redden Jr.</u>, No. CR 07-0802 VRW, was served as follows:

Albert B. Sambat
Special Assistant United States Attorney
United States Attorney's Office
450 Golden Gate Avenue
San Francisco, CA 94102

Dated: March 20, 2008

*Carmen Estrada*
CARMEN ESTRADA
Legal Secretary
on behalf of JOYCE LEAVITT
Assistant Federal Public Defender
Advisory Counsel for Charles Redden