UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

VAUGHN R WALKER
United States District Chief Judge

Date:  March 20, 2008

Case No.  CR 07-0802   VRW

Case Title:   USA v.     CHARLES REDDEN (CUSTODY) PROSE PRESENT

Attorneys:
    For the Government:    Albert Sambat

    For the Defendant(s):    Joyce Leavitt - advisory counsel to Charles Redden

Deputy Clerk:   Cora Klein                Reporter:  Joan Columbini
                                                    Interpreter:

**PROCEEDINGS**

1.    Change of plea held

2.    Defendant has entered an open plea to a one count Indictment in violation of Title 18 USC 751(a) and 4082(a) - escape from custody. The defendant has been advised of the charges and of his rights and voluntarily waived those rights.

Case Continued to:    6/5/2008  at  2:00  PM       For Sentencing