IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

```
UNITED STATES,                          No   CR 07-802 VRW

        Plaintiff,                      ORDER

        v

CHARLES LEE REDDEN JR,

        Defendant.
                                    /
```

     The defendant in this case is proceeding pro se with the Federal Public Defender's office participating as advisory counsel. On March 20, 2008, the defendant pled guilty to a one-count indictment of escape from custody. Doc #20. That day, the defendant also filed a motion to allot funds for a psychological evaluation. Doc #18. The defendant states that the evaluation is "essential for sentencing" because the evaluation will "assist [him] with sentencing mitigation." Doc #19.

     The court would like more details surrounding the defendant's request before authorizing the CJA funds necessary for the psychological evaluation. Accordingly, the defendant shall submit ex parte a statement describing the justification for the

expert in greater detail by April 21, 2008.  The defendant shall name a specific expert and shall state his or her hourly rate or a total amount of funds requested.  If the defendant does not have a particular expert in mind, he should note the type of specialist he believes would be helpful.

    IT IS SO ORDERED.

VAUGHN R WALKER

United States District Chief Judge