UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

USA,

           Plaintiff,

  v.

CHARLES L. REDDEN JR.,

           Defendant.
_____/

Case Number: CR07-00802 VRW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 3, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Albert Bilog Sambat - enotified
U.S. Department of Justice
450 Golden Gate Avenue
Box 36055
San Francisco, CA 94102

Joyce Leavitt - enotified
Federal Public Defender's Office
555 12 th Street, Suite 650
Oakland, CA 94607-3627

Charles Lee Redden
PFN: UHN513
5325 Broder Blvd
Dublin, CA 94568

Dated: April 3, 2008

                                Richard W. Wieking, Clerk
                                By: Cora Klein, Deputy Clerk

                                *Cora Klein*