# FEDERAL PUBLIC DEFENDER
NORTHERN DISTRICT OF CALIFORNIA
555 12TH STREET, SUITE 650
OAKLAND CALIFORNIA 94607-3627

**BARRY J. PORTMAN**
*Federal Public Defender*

Telephone (510) 637-3500
Fax (510) 637-3507

April 10, 2008

<u>VIA FACSIMILE (510) 637-3545</u>
Magistrate Judge Wayne D. Brazil
1301 Clay Street, Courtroom No. 4
Oakland, CA 94612
attn: Ivy Garcia

      <u>**United States v. Charles Redden, CR 07-00802 VRW**</u>
      **RE: Request to calendar matter on April 11, 2008 for appointment of counsel**

Dear Judge Brazil :

      I am writing to ask that this matter be placed on Your Honor's calendar on Friday, April 11, 2008 at 10:00 a.m. for appointment of counsel. Mr. Redden first appeared in San Francisco on January 2, 2008, and asked to represent himself. Mr. Redden further requested that I be appointed as stand-by counsel because I had acted as stand-by counsel to Mr. Redden in a prior Oakland federal case. On January 3, 2008, Mr. Redden appeared before Magistrate Nandor J. Vadas who held a Faretta Hearing. Judge Vadas then allowed Mr. Redden to represent himself and appointed me as stand-by counsel. Mr. Redden subsequently pled guilty to the charge of 18 U.S.C. §751, escape, on March 20, 2008, and sentencing is set for June 5, 2008.

      I received a telephone call from Mr. Redden on April 7, 2008. He has decided that he no longer wishes to represent himself and would like the Court to appoint me as his attorney. I have spoken with Special Assistant United States Attorney Albert Sambat, and he is aware of Mr. Redden's request. Mr. Sambat indicated that he would either be present or ask the duty attorney in Oakland to stand in for the matter should it get calendared for Friday. I am asking that it be placed on Your Honor's calendar because there are a number of things that need to be done to prepare for sentencing and I need to be appointed before I can submit requests within my office. If the matter were set in San Francisco, I would not be able to appear there until the week of April 21, 2008, which will delay my representation of him.

      Sincerely,

      BARRY J. PORTMAN
      Federal Public Defender
          /S/
      JOYCE LEAVITT
      Assistant Federal Public Defender

cc:    Albert Sambat, Anti-Trust division
       U.S. Attorney's Office - Oakland
       US Pretrial Services