BARRY J. PORTMAN
Federal Public Defender
JOYCE LEAVITT
Assistant Federal Public Defender
555 12th Street, Suite 650
Oakland, CA 94607-3627

Counsel for Defendant REDDEN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>CHARLES LEE REDDEN,<br><br>            Defendant. | No. CR 07-0802 VRW<br><br>STIPULATION AND [PROPOSED]<br>ORDER FOR CONTINUANCE OF<br>SENTENCING DATE |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the sentencing date in this case, currently set for Thursday, June 5, 2008, at 2:00 p.m., before Honorable Judge Vaughn R. Walker, may be continued to Thursday, July 3, 2008, at 2:00 p.m. for sentencing. The reason for the request is that Mr. Redden is scheduled to be evaluated by Dr. Jeremy Coles, PhD., within the next week or two. The United States Probation Officer would like to review the report which will be prepared by Dr. Coles before making a sentencing recommendation in this matter. In addition, Mr. Redden intends to ask the Court to sentence him to less time in custody followed by release to a residential dual- diagnosis program which would address both drug dependency and

*United States v. Redden*, CR 07-0802 VRW;
STIP. TO CONTINUING SENTENCING         - 1 -

mental health issues. A representative from Newbridge Foundation already has interviewed Mr. Redden but would also like to review the evaluation to be prepared by Dr. Coles before deciding whether to accept Mr. Redden into the program. If the Court continues sentencing to July 3, 2008, it should provide enough time for Dr. Coles to complete his evaluation and provide a copy of his report to the United States Probation Officer as well as to Newbridge Foundation prior to sentencing. USPO Ann Searles is available on July 3, 2008, should the sentencing be continued to this date.

/S/

DATED: May 13, 2008  _____
JOYCE LEAVITT
Assistant Federal Public Defender

/S/

DATED: May 13, 2008  _____
ALBERT SAMBAT
Assistant United States Attorney

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-file document.

## ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the sentencing date in this case, currently set for Thursday, June 5, 2008, at 2:00 p.m., before Honorable Judge Vaughn R. Walker, is hereby continued to Thursday, July 3, 2008, at 2:00 p.m. for sentencing.

SO ORDERED.

DATED: 5/13/2008  _____
HONORABLE VAUGHN R. WALKER
Chief

[GRANTED — Judge Vaughn R. Walker]

*United States v. Redden*, CR 07-0802 VRW;
STIP. TO CONTINUING SENTENCING