June 13, 2008

Mary Torres
15 Castle Del Mar ave.
Atwater Ca 95301
209-357-4407

Honorable Jude V. Walker
450 Golden Gate
San Francisco Ca 94102

**FILED**
JUN 18 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CR07-0802 VRW
Re: Charles Redden
WHN-513

c/l Dear Honorable Walker:

I don't know where to begin, all I know is that Charles has had a Dul Diagnosis ever since he was born. All I know is that I would appreciate it if you would let him come home to be with me. I have no one my husband passed away 2006 Nov. I can hardly do for myself. I am going to be 70 years never thought I would be like I am today. I have a real bad back RI Knee problems. I do hope you can help me by letting Charles come home to me. Thank you

Respectfully
Mary Torres

Tom Jones
4 Castle Del Mar Ave
Atwater CA 95301

SACRAMENTO CA 957
14 JUN 2008 PM 6 T

Honorable Judge V Walker
456 Golden Gate
San Francisco CA 94102