1  BARRY J. PORTMAN
   Federal Public Defender
2  JOYCE LEAVITT
   Assistant Federal Public Defender
3  1301 Clay Street, Room 200C
   Oakland, CA 94612-5204
4  Telephone: (510) 637-3500

5  Counsel for Defendant REDDEN

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )
                                     )   No. CR 07-0802 VRW
              Plaintiff,             )
12                                   )
                                     )   ADDENDUM TO DEFENDANT'S
13        v.                         )   SENTENCING MEMORANDUM
                                     )
14  CHARLES REDDEN,                  )
                                     )
15            Defendant.             )
    _____ )

16

17

18  Defendant Charles Redden previously filed a Sentencing Memorandum in which he indicated that a

19  letter from Mary Torres was attached as Exhibit A. Counsel inadvertently failed to attach the letter

20  to the Sentencing Memorandum at the time that it was filed. Accordingly, being filed separately is

21  the letter from Mary Torres to the Court dated June 13, 2008.

22  Dated: August 1, 2008

23                          Respectfully submitted,

24                          BARRY J. PORTMAN
                            Federal Public Defender
25
                            JOYCE LEAVITT
26                          Assistant Federal Public Defender

_U.S. v. Redden_, CR 07-0802 VRW
Exhibit A

# EXHIBIT A

*United States v. Charles Redden*, CR 07-0802 VRW

June 13, 2008

Mary Torres
15 Castle Del Mar ave.
atWater ca 95301
209. 357. 4407

Honorable Jude V. Walker
450 Golden Gate
San Francisco ca 94102

FILED ck

JUN 18 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CR07-0802 VRW
Re: Charles Redden
VHN-513

Dear Honorable Walker:

I don't Know where to begin, all I Know is that Charles has had a Bad Diagnosis ever since he was Born. All I Know is that I would appreciate it if you would let him come home to be with me. I have No one my husband Passed away 2006 Nov. I can hardley do Ph myself. I am going to be 70 years never thought I would be like I am today. I have a real Bad Back A Knee Problems. I do hope you can Help me. by letting charles come home to me. Thank you

Respectfully

Mary Torres