UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

VAUGHN R WALKER
United States District Chief Judge

Date:  August 7, 2008

Case No.  CR 07-0802  VRW

Case Title:  USA v.  CHARLES REDDEN (CUSTODY) PRESENT

Attorneys:
    For the Government:  Albert Sambat

    For the Defendant(s):  Joyce Leavitt - advisory counsel

Deputy Clerk:  Cora Klein         Reporter:  Jim Yeomans
                                            USPO:  E Ann Searles

## PROCEEDINGS
Judgment and Sentencing

Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that Charles Redden is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of 15 months with credit for time already served. Upon release from imprisonment, the defendant shall be placed on supervised release for a term of 3 years, shall comply with the standard condition of supervised release and additional conditions that the court have adopted, shall pay a special assessment of $100 which is due immediately. No fine. The court will make recommendation to the BOP that the defendant remain confined in Santa Rita jail.

time: 48 min.