1  BARRY J. PORTMAN
   Federal Public Defender
2  JOYCE LEAVITT
   Assistant Federal Public Defender
3  555 12th Street, Suite 650
   Oakland, CA 94607-3627
4  (510) 637-3500

5  Counsel for Defendant CHARLES REDDEN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No. CR 07-00802 VRW |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED] |
| v. | ) | ORDER CONTINUING SUPERVISED |
| | ) | RELEASE VIOLATION MOTION |
| | ) | DATE |
| CHARLES REDDEN, | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION**

IT IS HEREBY STIPULATED, by and between the parties to this action, that the supervised release violation motion date in this case with respect to Charles Redden, currently scheduled for Thursday, February 4, 2010, at 2:00 p.m. before Honorable Vaughn R. Walker, may be continued three weeks to Thursday, February 25, 2010 at 2:00 p.m. for supervised release violation motion or status. The reason for the request is that Mr. Redden has medical tests which were scheduled for Thursday afternoon, February 4, 2010 relating to his recent diagnosis of cancer and he would like these medical tests to proceed as scheduled. If the Court date is not continued, Mr. Redden will be

1  brought to court and his medical tests will be cancelled and it is unclear how quickly they will be

2  rescheduled.  In addition, the first available date after February 4, 2010 that government and advisory

3  counsel are available is February 25, 2010. There is no need to exclude time under the Speedy Trial

4  Act as the matter relates to Mr. Redden's supervised release.  United States Probation Officer

5  Octavio Magana also has been notified of the proposed continuance.

6  DATED: 2/01/10                   ____/s/_____
                                     JOYCE LEAVITT
7                                    Advisory counsel for Charles Redden

8

9  DATED: 2/01/10                   _____/s/_____
                                     ANNA TRYON PLETCHER
10                                   Special Assistant United States Attorney

11

12

13     I hereby attest that I have on file all holographed signatures for any signatures indicated by a
   conformed signature (/s/) within this e-filed document.
14

15

16                                   **ORDER**

17     GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the supervised release

18  violation motion date in this case with respect to Charles Redden, currently scheduled for Thursday,

19  February 4, 2010, at 2:00 p.m., is hereby continued three weeks to Thursday, February 25, 2010 at

20  2:00 p.m.

21     SO ORDERED.

22

23  DATED:  2/2/2010

24                                   _____
                                     HONORABLE VAUGHN R WALKER
25                                   United States ...
                                     Judge Vaughn R Walker
26

*U S v.Charles Redden,* CR 07-00802 VRW
Stip. Continuing Sup.Rls.Viol. Motion Date